IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**GERNARD CHESTNUT,**

    **Plaintiff,**

vs.                                                   Case No. 4:11cv225-MP/WCS

**CAPTAIN KIMBERLY PETERSEN,**
**et al.,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

    Plaintiff, proceeding *pro se*, submitted a sixth amended complaint, doc. 26, and an order was entered which generally summarized Plaintiff's claims from the sixth amended complaint, and directed Plaintiff to submit service copies.  Doc. 27.  Plaintiff then filed a motion for clarification.  Doc. 28.  I entered an order on February 7, 2012, which  advised Plaintiff that the prior order merely summarized the general nature of Plaintiff's claims and was not intended to be a restatement of all Plaintiff's allegations.  Doc. 29.  That most recent order explained to Plaintiff that the point of the earlier January, 2012, order was to require Plaintiff to provide the Court "with seven identical copies of his sixth amended complaint for service on the Defendants." Doc. 27.  That

order has been returned to the Court with a notation that Plaintiff "refused to sign" for the mail.  Doc. 30.

Consequently, Plaintiff is no longer interested in continuing this litigation. Moreover, Plaintiff had been given until February 8, 2012, to provide the service copies of his sixth amended complaint, and he has failed to comply.  This case should be dismissed for Plaintiff's failure to comply with court orders.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with court orders and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on February 22, 2012.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**