**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GERNARD CHESTNUT,

    Plaintiff,

v.                                          CASE NO. 4:11-cv-00225-MP-CAS

CAPTAIN KIMBERLY PETERSEN,
and CHARLIE GILMORE,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 24, 2014. (Doc. 70). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation (Doc. 70) is adopted and incorporated by reference in this order.

2. Defendants' Motion for Summary Judgment (Doc. 64) is GRANTED and the Clerk is directed to enter judgment in favor of Defendants on all claims.

**DONE AND ORDERED** this  *31st* day of March, 2014

                                                *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge